203 So.2d 132

**Ex parte Robert Eugene DOWNER.**

**4 Div. 626.**

Court of Appeals of Alabama.

Oct. 3, 1967.

G. M. Harrison, Dothan, for petitioner.

MacDonald Gallion, Atty. Gen., and Walter S. Turner, Asst. Atty. Gen., for the State.

PRICE, Presiding Judge.

This is an original petition for suspension of sentence and allowance of bail pending appeal.

█ Petitioner alleges that he was convicted in the Circuit Court of Houston County on May 8, 1967, for the offense of forgery, and was on said date sentenced to the penitentiary for a term of seven years, and is now confined in the State penitentiary at Kilby prison. He further avers that he gave notice of appeal to this court on May 23, 1967.

He petitions this court to fix a reasonable bail and to suspend sentence pending his appeal, and that upon the filing of bond, conditioned and executed according to law, he be released from custody pending his appeal.

The State has filed a motion to dismiss the petition on the ground that notice of appeal was not given at the time judgment was rendered as required by Title 15, Section 368(a), Code of Alabama 1940.

█ We are of opinion the motion to dismiss is well taken. "The time for the election to have the execution of sentence suspended is at the time of sentence and not afterward * * *." Ex parte State ex rel Coburn, 20 Ala.App. 595, 104 So. 346; Patterson v. State, 43 Ala.App. 190, 185 So.2d 527.

Motion granted, petition dismissed.

203 So.2d 132

**Ex parte Ronald W. GRAY.**

**I Div. 274.**

Court of Appeals of Alabama.

Oct. 3, 1967.